UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CELESTIN DIMA,

                Petitioner,

         -v.-

KENNETH GENALO et al.,

                Respondents.

26 Civ. 6095

ORDER

JENNIFER H. REARDEN, District Judge:

On July 17, 2026, Petitioner filed a Petition for a writ of habeas corpus pursuant to 28 U.S.C.§ 2241.  ECF No. 1.  That same day, the Honorable Ronnie Abrams, sitting in Part I, directed that Petitioner "not be removed from the United States absent further order of this Court." ECF No. 3.  On July 20, 2026, the Honorable John P. Cronan, to whom the Petition is assigned, dissolved Judge Abrams's order, stating, *inter alia*, that "an injunction prohibiting removal from the United States [wa]s not warranted because Petitioner ha[d] not alleged facts showing that such removal [wa]s imminent."  ECF No. 5.  On July 23, 2026, Petitioner filed an Amended Petition.  ECF No. 6.

At 10:21 p.m. on July 29, 2026, Petitioner filed a motion requesting that the Court "issue an emergency Temporary Restraining Order enjoining Respondents from transferring or removing him from the United States for the duration of the instant litigation."  ECF No. 9.  Petitioner alleges that, on "th[e] afternoon [of July 29, 2026], an immigration judge dissolved an administrative stay that otherwise protected Petitioner from removal to a third country," just after "Respondents [had] abruptly transferred Petitioner to the Prairieland Detention Facility, a facility in Texas known as a staging ground for imminent removals."  ECF No. 9-1 at 6.  Petitioner further avers that, "[a]t 7:55PM [on July 29, 2026], Respondents' counsel confirmed that removal [wa]s anticipated [today, July 30, 2026]."  *Id.* (internal quotation marks and brackets omitted).

Having reviewed the Amended Petition, Judge Cronan's July 20, 2026 Order, and Petitioner's July 29, 2026 motion at ECF No. 9, and in order to preserve the assigned Court's jurisdiction, this Court hereby ORDERS that **Petitioner shall not be removed from the United States absent further order of the undersigned or of the assigned District Judge**. *See, e.g., Khalil* v. *Joyce*, No. 25 Civ. 1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g., Du* v. *United States Dep't of Homeland Sec.*, No. 25 Civ. 644 (OAW), 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases.").

This Order will remain in effect unless and until it is vacated or modified by Judge Cronan.

SO ORDERED.

Dated: July 30, 2026
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge
Part I

2