UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                         :

CELESTIN DIMA,                                          :

                   Petitioner,      :

         -v-                                         :                 26 Civ. 6095 (JPC)

KENNETH GENALO, *et al.*,                     :                 ORDER

                Respondents.       :

----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The parties shall appear before the undersigned today, July 30, 2026, at 1:30 p.m., for a

Webex conference to discuss Petitioner's motion for a temporary restraining order.  *See* Dkt. 9.

The Court does not intend to conduct a hearing at that time, but rather plans to discuss with the

parties the status of this case and next steps.  At the scheduled time, the parties should call (855)

244-8681, access code 2302 755 2307.

       SO ORDERED.

Dated: July 30, 2026
       New York, New York                                              
                                           JOHN P. CRONAN
                                  United States District Judge