UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CELESTIN DIMA,

Petitioner,

- against -

KENNETH GENALO, *et al.*,

Respondents.

**No. 26 Civ. 6095 (JPC)**

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

WHEREAS, petitioner Celestin Dima ("Petitioner") brought this habeas action under 28 U.S.C. § 2241 challenging his detention by U.S. Immigration and Customs Enforcement ("ICE") and seeking an order from this Court requiring that he be released; an order that with respect to any third country removal, Respondents must provide Petitioner and their counsel in written notice, and that the Department of Homeland Security may not effect removal for at least fifteen days to allow for a meaningful opportunity to investigate and contest removal to a newly designated third country; and an order for Respondents to provide Petitioner with the opportunity to present a full application of withholding of removal and/or CAT protection with respect to that country to an immigration judge;

WHEREAS, Petitioner moved to reopen his removal proceedings before the immigration court, and DHS requested reopening to designate the Central African Republic as an alternate country of removal and to provide Petitioner with an opportunity to seek any protection-based relief as to removal to that country, and the immigration judge granted reopening of Petitioner's removal proceedings on August 21, 2026, to provide Petitioner with the opportunity to seek protection-based relief to the designated country of removal;

WHEREAS, Petitioner no longer wishes to pursue this action; therefore,

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that pursuant to Fed. R. Civ. P. 41(a)(2) this action shall be and hereby is dismissed without prejudice and without costs or attorney's fees to either party.

Brooklyn, New York
August 26, 2026

MAKE THE ROAD NEW YORK
*Attorney for Petitioner*

Paige Austin
301 Grove Street
Brooklyn, New York 11237
Tel. (718) 418-7690

New York, New York
August 26, 2026

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York
*Attorney for Respondents*

*/s/ericasilverman*
Erica A. Silverman
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2696

SO ORDERED:

HON. JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE

August 27, 2026